**Gerardo RIVERA, Plaintiff–Appellant,**

v.

**D ROSLER; et al., Defendants–Appellees.**

No. 02–15566.

D.C. No. CV–99–05334–REC/HGB.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Gerardo Rivera appeals pro se the district court's judgment dismissing his access to the courts action for failure to state a claim. We have jurisdiction pursuant to

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

Rivera contends his injury was the dismissal of a prior appeal caused by a delay in processing verification of his trust account balance. However, Rivera's prior appeal was dismissed because his appeal was not taken in good faith and he failed to prepay the filing fee. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the district court properly dismissed Rivera's action because Rivera failed to allege an actual injury arising from the alleged misconduct of any prison official. *See Lewis v. Casey*, 518 U.S. 343, 349, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

Rivera's remaining contentions are unpersuasive.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Fink's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.